212

Kelvin CHRISTIAN, Plaintiff—
Appellant,

v.

Luther WRIGHT, M.D., Defendant—
Appellee.

No. 11–7602.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Kelvin Christian, Appellant Pro Se.

Before WILKINSON, KING, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kelvin Christian appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Christian v. Wright*, No. 1:11–cv–01163–LO–JFA (E.D.Va. Nov. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*